NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

SANOFI-AVENTIS,
*Appellant,*

v.

PFIZER INC.,
*Appellee.*

---

2012-1345
(Interference No. 105,757)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

**ON MOTION**

---

**ORDER**

The parties jointly move for a 45-day extension of time, until September 18, 2012, for Pfizer Inc. to file its opening brief, and for a 28-day extension of time from the date of service of Pfizer's brief for Sanofi-Aventis to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 2 3 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Thomas J. Vetter, Esq.
     James F. Haley, Jr., Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 3 2012

JAN HORBALY
CLERK